```
                UNITED STATES DISTRICT COURT
                 MIDDLE DISTRICT OF FLORIDA
                       TAMPA DIVISION
```

THE PRUDENTIAL INSURANCE COMPANY OF AMERICA,

        Plaintiff,

v.                                Case No. 8:12-cv-2535-T-33MAP

WESLEY PLEMONS and CATIE L. OVERLY,

        Defendants.
_____/

## ORDER

    The Court enters this Order to provide direction to *pro se* Defendants Wesley Plemons and Catie Overly.

## Discussion

    The Prudential Insurance Company of America, through the Office of Servicemember's Group Life Insurance, provided group life insurance benefits to the Department of Veterans Affairs under group policy number G-32000 ("SGLI Policy"). (Doc. # 1 at ¶ 6). In its Interpleader Complaint, Prudential states that a member's child is automatically covered by the policy in the amount of $10,000. (Id. at ¶ 15). According to Prudential, the term "child" applies to a non-marital child of the "alleged father only if acknowledged by him in a signed writing, or if he has been judicially ordered to contribute to the child's support, or he has been judicially decreed to be the father, or if

evidence satisfactory to the Secretary of Veterans Affairs shows he is the father." (Id. at ¶ 16). A child cannot be insured by more than one servicemember. (Id. at ¶ 17). Prudential claims that both Plemons and Overly became insured members under the SGLI Policy. (Id. at ¶¶ 9, 10).

Catie Overly gave birth to Gabriel on August 4, 2011. (Id. at ¶ 11; Doc. # 8 at ¶ 11). Prudential says that "[a]t all times relevant, Gabriel was insured for $10,000 under SGLI for Family Coverage." (Doc. # 1 at ¶ 19). Overly says that Plemons "was thought to possibly be the father," but she is not certain of that fact; Overly also says that Plemons is not on Gabriel's birth certificate. (Doc. # 8 at ¶ 3).

Gabriel passed away in October 2011. (Doc. # 1 at ¶ 20). Overly summited a Claim for Family Coverage Death Benefits in March 2012. (Doc. # 1-4). Plemons summited a Claim for Family Coverage Death Benefits in June 2012. (Doc. # 1-5). When Plemons submitted is claim, he also signed a sworn statement stating that Gabriel was his son. (Doc. # 1-2).

Prudential filed this lawsuit on November 8, 2012, saying that it was ready to pay the Death Benefit, but could not decide to whom the benefit should go. (Doc. # 1

2

at ¶ 24). Overly filed an Answer to Prudential's Complaint with the Court on December 26, 2012. (Doc. # 8). Although summons was issued as to Plemmons, he did not come to meetings the process server set to serve him, and when he did attend a meeting on January 16, 2013, Plemons refused service. (Doc. # 9 at ¶ 2; Doc. # 9-1). The Court allowed Prudential to serve Plemons by publishing a Notice of Publication in the newspaper. (Doc. # 10). Accordingly, a Notice of Publication ran in the Stewart Webster Journal Patriot Citizen newspaper once a week for four consecutive weeks. (Doc. # 12). At this time, Plemons has still not filed anything with the Court, or in any way responded to Prudential's Complaint. Prudential has now placed $10,071.95 into the Registry of the Court, and the Court may decide to disperse the money as appropriate. In the absence of a response from Plemons, the Court will be inclined to determine that he has waived his claim to the proceeds.

Accordingly, it is

**ORDERED, ADJUDGED,** and **DECREED:**

(1) The Court directs Wesley Plemons to file an Answer or an Objection with the Court on or before May 6, 2013. If Plemons does not file an Answer or Objection with

the Court by that time, the Court will be inclined to enter an Order giving all of the money Prudential has placed in the Registry of Court to Catie L. Overly.

(2) In addition to sending this Order to all parties of record, the Clerk is directed to also mail this Order to Wesley Plemons at his last known address, which appears to be 12 Lavoie Court, Ft. Benning, GA 31905.

**DONE** and **ORDERED** in Chambers, in Tampa, Florida, this 5th day of April, 2013.

_Virginia M. Hernandez Covington_
VIRGINIA M. HERNANDEZ COVINGTON
UNITED STATES DISTRICT JUDGE

Copies: All Parties of Record

Mr. Wesley Plemons
12 Lavoie Court
Fort Benning, Georgia 31905